UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. VALIOLLAH RAOUFI,

    Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the change of plea hearing set for January 19, 2012 is **VACATED and RESET to Tuesday, January 24, 2012 at 3:30 p.m., in Courtroom A-1002.**

    January 10, 2012